USAO#2013R00053

APR 2 3 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JFM-13-0198 |
| v. | * | |
| | * | (Distribution of Child Pornography, 18 |
| THOMAS WARREN STICKNEY, | * | U.S.C. § 2252(a)(2); Possession of Child |
| | * | Pornography, 18 U.S.C. § 2252A(a)(5)(B); |
| Defendant | * | Forfeiture, 18 U.S.C. § 2253) |

\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about December 13, 2012, in the District of Maryland, the defendant

**THOMAS WARREN STICKNEY,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, files with the following titles: "11yo Blond Boyslut Loves it Hes Cute To.3gp", a video file approximately 4 minutes and 51 seconds long that depicts a nude prepubescent boy masturbating and performing fellatio on an adult male.

18 U.S.C. § 2252(a)(2)

## COUNT TWO
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 13, 2012, in the District of Maryland, the defendant,

## THOMAS WARREN STICKNEY,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Seagate Free Agent external hard drive (s/n NA029S1W) which had been manufactured and assembled in China, that contained one or more visual depictions of minors engaged in sexually explicit conduct, including, but not limited to, files with the following titles: "5yr anal moaning.avi", a video file approximately 11 seconds long that depicts a naked prepubescent female being anally penetrated by an adult male penis; "[MB] Jason Boy 3 And Man Sex(Full).mpg", a video file approximately 3 minutes and 59 seconds long that depicts a prepubescent male naked from the waist down masturbating himself and being masturbated by an adult male, as well as acts of fellatio; "suck bound 02.mpg", a video file approximately 15 seconds long that depicts a naked minor male lying on his back whose hands are bound by a rope as an adult male, who is standing next to the bed, places his penis in the minor male's mouth; and "[MB] Josh fingering.avi" a video file approximately 39 seconds long that depicts a male's right hand middle finger penetrating the anus of a naked prepubescent male.

18 U.S.C. § 2252A(a)(5)(B)

## COUNT THREE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 13, 2012, in the District of Maryland, the defendant,

**THOMAS WARREN STICKNEY,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess an Apple Mac Book Pro (s/n C02J54E7DV35), assembled in China, that contained one or more visual depictions of minors engaged in sexually explicit conduct, including, but not limited to, files with the following titles: "vcam_skype - 15yo Bryson fucks his 9yo girl neighbor.avi" a video file approximately 6 minutes and 50 seconds long that depicts a naked minor male engaging in sexual intercourse with a prepubescent female; "2011 Hard fuck 14yo boy at web.mp4" a video file that is approximately 16 minutes and 3 seconds long that depicts a naked minor male being anally penetrated by an adult male's penis and the minor male performing fellatio on the adult male; and "11yo DePa3 - Patrick with vibrator (40s).mp4" a video file that is approximately 39 seconds long that depicts a naked prepubescent male lying on his back with his legs in the air exposing his penis and anus to the camera who is simultaneously masturbating himself with his right hand while using his left hand to insert a vibrator into his anus.

18 U.S.C. § 2252A(a)(5)(B)

## COUNT THREE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 13, 2012, in the District of Maryland, the defendant,

**THOMAS WARREN STICKNEY,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess an Apple Mac Book Pro (s/n C02J54E7DV35), assembled in China, that contained one or more visual depictions of minors engaged in sexually explicit conduct, including, but not limited to, files with the following titles: "vcam_skype - 15yo Bryson fucks his 9yo girl neighbor.avi" a video file approximately 6 minutes and 50 seconds long that depicts a naked minor male engaging in sexual intercourse with a prepubescent female; "2011 Hard fuck 14yo boy at web.mp4" a video file that is approximately 16 minutes and 3 seconds long that depicts a naked minor male being anally penetrated by an adult male's penis and the minor male performing fellatio on the adult male; and "11yo DePa3 - Patrick with vibrator (40s).mp4" a video file that is approximately 39 seconds long that depicts a naked prepubescent male lying on his back with his legs in the air exposing his penis and anus to the camera who is simultaneously masturbating himself with his right hand while using his left hand to insert a vibrator into his anus.

18 U.S.C. § 2252A(a)(5)(B)

## FORFEITURE

As a result of the offenses set forth in Counts One through Three, the defendant,

**THOMAS WARREN STICKNEY,**

shall forfeit to the United States his interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts One through Three, including but not limited to: a Seagate Free Agent external hard drive, sn# NA029S1W, product of China and assembled in China; an Apple Mac Book Pro, sn# C02J54E7DV35, assembled in China; and a Dane Elec thumb drive, no serial and no manufacturing information; and any property traceable to such property, or (2) that constitutes or is traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offenses in Counts One through Three.

18 U.S.C. § 2253

_Rod J Rosenstein by JTM_
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

4-23-13
Date

**SIGNATURE REDACTED**

Foreperson